**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DENISE WILLIAMS,**

           **Plaintiff,**

-vs-                                                Case No. 6:11-cv-1124-Orl-31KRS

**STATE OF FLORIDA; AGENCY FOR**
**HEALTH CARE ADMINISTRATION;**
**PAM BONDI, in her capacity as Attorney**
**General for the State of Florida; LAURA**
**MACLAFFERTY, individually and in her**
**capacity as Unit Manager, Bureau of Health**
**Facility Regulation for the Administrative**
**Health Care Agency; and RICHARD**
**SALIBA, individually and in his capacity as**
**Assistant General Counsel of the**
**Administrative Health Care Agency,**

           **Defendants.**

## ORDER

This matter comes before the Court on the Motion for Reconsideration (Doc. 9) filed by the Plaintiff, Denise Williams ("Williams"). Williams seeks reconsideration of this Court's order (Doc. 4), entered July 8, 2011, denying her motion for a temporary restraining order. Previously, Williams contended that a TRO was required because her license expired in May 2011. (Doc. 3 at 4). In the motion filed July 22, 2011, she contends that, based on another document in her files, the true expiration date is July 23, 2011, requiring an immediate TRO. She offers no explanation for the failure to uncover this document earlier, or the failure to serve the defendants despite the Court's order, two weeks ago, to do so. Even if these issues had been addressed, the same lack of

diligence that doomed the original effort to procure a TRO would compel the Court to deny this motion for reconsideration.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion for Reconsideration (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 25, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party